Opinion issued February 22, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01179-CV

____________


RAY SANDOVAL, Appellant


V.


DISCOVER BANK, Appellee






On Appeal from the County Civil Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 868958






MEMORANDUM OPINION

 Appellant, Ray Sandoval, has filed an unopposed motion to dismiss his appeal. 
No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. 
Tex. R. App. P. 42.1(a)(1).

 We overrule all other pending motions in this appeal as moot and direct the
Clerk to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.